PACIFIC TRIAL ATTORNEYS
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@pacifictrialattorneys.com
Victoria C. Knowles, Bar No. 277231
vknowles@pacifictrialattorneys.com
4100 Newport Place Drive, Ste. 800
Newport Beach, CA 92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SILVIA GARCIA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARS, INCORPORATED, a Delaware corporation,<br><br>　　　　Defendants. | Case No. 2:24-cv-09160-MRA-JC<br>Assigned to Honorable Monica Ramirez Almadani<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint Filed: September 20, 2024<br>Removed: October 24, 2024 |

NOTICE OF SETTLEMENT

**TO THE COURT, CLERK AND TO ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that the parties have reached a settlement of the above-captioned matter and are in the process of executing the actions required by the agreement. It is anticipated that request for dismissal in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure will be filed within forty-five (45) days of the date of this Notice.

Dated: December 17, 2024        PACIFIC TRIAL ATTORNEYS

By: */s/ Scott J. Ferrell*
    Scott J. Ferrell
    Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on December 17, 2024, I electronically filed the foregoing **NOTICE OF SETTLEMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

                                            */s/ Scott J. Ferrell Esq.*
                                              Scott J. Ferrell, Esq.