PACIFIC TRIAL ATTORNEYS
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@pacifictrialattorneys.com
Victoria C. Knowles, Bar No. 277231
vknowles@pacifictrialattorneys.com
4100 Newport Place Drive, Ste. 800
Newport Beach, CA 92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVIA GARCIA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARS, INCORPORATED, a Delaware corporation,<br><br>　　　　Defendants. | Case No. 2:24-cv-09160-MRA-JC<br>Assigned to Honorable Monica Ramirez Almadani<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**<br><br>Complaint Filed: September 20, 2024<br>Removed: October 24, 2024 |

NOTICE OF VOLUNTARY DISMISSAL

1  **TO THE COURT, CLERK AND TO ALL PARTIES OF RECORD:**

2      **PLEASE TAKE NOTICE** that Plaintiff Silvia Garcia ("Plaintiff") respectfully
3  requests dismissal with prejudice of the instant action pursuant to Rule 41(a)(1)(A)(i) of
4  the Federal Rules of Civil Procedure. Defendant has not filed or served an answer to
5  Plaintiff's Complaint, nor filed a motion for summary judgment.

7  Dated: February 10, 2025       PACIFIC TRIAL ATTORNEYS

9                                 By: */s/ Scott J. Ferrell*
                                    Scott J. Ferrell
                                    Attorney for Plaintiff

# CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2025, I electronically filed the foregoing **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

*/s/ Scott J. Ferrell Esq.*
Scott J. Ferrell, Esq.